## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Randolph C., | Civil No. 19-cv-1848 (SRN/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| William P. Barr, Attorney General of the United States, | |
| Respondent. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 3, 2019 [Doc. No. 9], along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, [Doc. No. 1], is **DISMISSED WITHOUT PREJUDICE FOR LACK OF JURISDICTION.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 25, 2019                                s/Susan Richard Nelson
                                                                    SUSAN RICHARD NELSON
                                                                    United States District Judge